AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

United States of America
v.

Gregory D. Braxton
*Defendant(s)*

Case No. 2:14-mj-377

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 01/14/2014 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2114(a) | A person who assaults any person having lawful charge, control, or custody of any mail matter or any money or other property of the United States, with intent to rob, steal, or purloin such mail matter, money, or other property of the United States, and in effecting such robbery he wounds the person having custody of such mail, money, or other property of the United States. |

This criminal complaint is based on these facts:
Please see attached

☒ Continued on the attached sheet.

*Complainant's signature*

Alan J. Wilkins, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/31/2014

*Judge's signature*

City and state: Columbus, OH

Terence P. Kemp, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Alan J. Wilkins, having been duly sworn depose and state:

1. I am a Postal Inspector with the United States Postal Inspection Service (USPIS), assigned to the Columbus, Ohio Domicile. Your affiant, Alan J. Wilkins, was employed by the United States Postal Inspection Service on June 1, 2013. Your affiant gained experience through a Bachelor of Criminal Justice Degree, Psychology concentration, and completion of the Basic Inspector Training (BIT) in August of 2013. During BIT training, your affiant was instructed in all phases of criminal investigation such as: Criminal Law, Search and Seizure, Field Enforcement Techniques, Firearms Proficiency, drug and narcotics identification, drug and narcotics field testing, Interviewing and Evidence collection. The information set forth in this affidavit comes from my personal involvement in this investigation, as well as information provided to me by other law enforcement officers.

## Background

2. On Tuesday, January 14, 2014, information was received from United States Postal Service Management regarding a Postal Supervisor being assaulted and robbed while delivering Express Mail parcels at 2292 Laurelwood Drive, Columbus, Ohio 43229, within the Southern District of Ohio. A witness to the assault and robbery described a black male, 5'11" to 6' in height, driving a new, white Chevrolet Malibu with a Florida license plate, as the party responsible for the assault and robbery. The witness further stated he saw the suspect strike the victim in the face, knocking her to the ground and causing the victim to lose consciousness. The victim was taken by ambulance to the hospital to be treated for her injuries.

3. On Wednesday, January 15, 2014 Postal Inspectors were able to identify additional

1

mailings to and from 2292 Laurelwood Drive, and other suspect addresses which were receiving similar mailings to the parcel that was stolen.

4. Through these investigative techniques, On January 22, 2014 Inspectors were able to identify a package being sent from Columbus, OH to Petaluma, CA,(herein after refered to as **PARCEL ONE**). The sender on the package was Jevarr Berry, 1351 Barnes Drive, Columbus, OH 43229. The package was seized by Postal Inspectors.

5. Another package being identified using the same investigative techniques was sent from Petaluma, CA to Columbus, OH addressed to a fictitious name at 1918 Slaton Court, Columbus, OH 43235 (herein after refered to as **PARCEL TWO**). This parcel also contained fictitious sender information that was able to be linked to the robbery. The parcel was opened via a federal search warrant. Inside the parcel was approximately four pounds of marijuana.

6. On January 24, 2014 Inspectors knocked on the door at 1351 Barnes Drive, Columbus, OH to obtain information and consent to search of **PARCEL ONE**, coming from Columbus, OH going to for Petaluma, CA. The residence at 1351 Barnes Drive, identified herself as the mother of Jevarr Berry, the sender, and stated that he does not live at that address.

7. Later on January 24, 2014, Inspectors responded to 1918 Slaton Court, Columbus, OH 43235 to discuss **PARCEL TWO**, that was seized containing approximately four pounds of marijuana. While Inspectors were waiting for someone to answer the door at 1918 Slaton Court, a blue Chevrolet Camaro parked in the parking lot in front of the address. A black male that Inspectors recognized as Jevarr Berry exited the vehicle. As Inspectors, identified with badges visible, approached Berry he turned and knocked on the door at 1912 Slaton Court. Inspectors approached the black male and asked him if he was Jevarr Berry. The suspect responded that he was not Jevarr Berry and he was at 1912 Slaton Court to visit his cousins. Inspectors asked for

identification and suspect provided an Ohio driver license of Jevarr Berry. The suspect confessed that he was indeed Jevarr Berry.

8. Berry was interviewed at the scene where he told Inspectors he did send a parcel to Petaluma, CA from the West Worthington, OH Post Office. Berry stated the parcel contained painting supplies for his uncle's business. Berry provided consent to open the parcel. Inside the parcel was $8,200 in U.S. currency. Berry stated that the money was for his uncle's business. Berry did not know the exact amount of currency in the parcel, stating it was about $7,000.

9. Berry provided consent to search his vehicle. Berry stated there were no drugs in the car. Inspectors found 10 grams of marijuana inside of the vehicle, as well as Postal Express Mail Labels already addressed for Petaluma, CA but not yet used. Inspectors also found an additional Express Mail label on the person of Jevarr Berry.

10. On January 27, 2014, Inspectors interviewed Kevin Giles, a close friend of Jevarr Berry, as to his involvement with the assault and robbery. Giles denied all involvement, but did state he and Jevarr Berry are close friends. Through investigative techniques it was determined Kevin Giles is part of a group called "YBM" or Young Black Mob.

11. On January 26, 2013 a tip was received that a new, white Chevrolet Malibu bearing Florida license plate number "S074AU" was seen parked at 2695 Woodsedge Road, Columbus, OH 43224.

12. Inspectors determined that the Chevrolet Malibu bearing Florida license plate "S074AU" was rented from Enterprise Car Rental, 3245 Morse Road, Columbus, OH 43231 to Gregory D. Braxton. Enterprise Car Rental stated the vehicle was overdue on return. Enterprise provided Inspectors with contact information for Gregory Braxton.

13. On January 27, 2014, Inspectors went to the address provided by Braxton on the rental

3

car agreement. A black male answered the door and identified himself as Avery Johnson, the brother of Gregory Braxton. Johnson stated Braxton did not live at the address and he could not provide any information on his whereabouts.

14. Later on Monday, January 27, 2014, Inspector Johnson called 614-348-2519 (**TARGET TELEPHONE**), the number that was provided by Enterprise Car Rental. At approximately 1:51PM, someone who identified themselves as Gregory Braxton answered the phone and agreed to meet with Inspectors in one hour. At 2:31PM Inspectors again contacted the **TARGET TELEPHONE**. Braxton indicated that he would come to the USPIS Columbus Domicile Office to be interviewed regarding an ongoing investigation. At 2:41PM, Enterprise Car Rental on Morse Road received a telephone call from Gregory Braxton complaining that his account had been overdrawn. Enterprise management stated the car was long overdue and Braxton needed to return the vehicle. Braxton told Enterprise the car was stolen from him two and a half weeks ago and he no longer had the vehicle. The vehicle was not reported stolen to Enterprise Car Rental or Columbus Police Department.

15. On January 28, 2014, your affiant called the **TARGET TELEPHONE**. A female voice answered the phone and stated the Greg Braxton was not available. The female voice identified herself as Tiffany Williams. Williams stated Braxton was her best friend and he lived on Wakefern Place.

16. Through investigative techniques it was determined that "Tiffany Williams" aka Tiffany Gooch lived at 2695 Woodsedge Road, Columbus, OH 43224, the address where the white Malibu was last seen January 26th. Inspectors found a Chevrolet Suburban with a temporary Ohio license plate bearing number "Y742326" parked directly in front of the address. The car registration information came back to Gregory Braxton. It was later determined 2695

4

Woodsedge Road is the address of Braxton's grandmother.

17. Using www.facebook.com, Gregory Braxton was found to have a profile page under the name "Greg ybm Braxton." On this profile page a photograph was taken of Braxton with a young child, inside of a newer Chevrolet Malibu. The photo was posted to the page on Friday, January 24, 2014. Also, on the profile page of Gregory Braxton is a friends list which includes Jevarr Berry and "Kevin Stackin Giles" aka Kevin Giles.

18. On February 17, 2014, the white Chevrolet Malibu that Braxton rented was recovered at 2744 Stonehenge Drive, less than two blocks from Braxton's grandmother's house, the car doors were locked and the steering column was intact.

19. On July 29, 2014, a Cooperating Defendant (herein after known as **CD**) stated he and Braxton planned to steal the parcel going to 2292 Laurelwood Drive, and that the parcel contained approximately six pound of marijuana. The **CD** stated he contact Braxton the night before the robbery and informed him of the tracking and other information on the parcel, as well as what time the parcel was to arrive at 2292 Laurelwood Drive. The **CD** stated the morning of the robbery, he and Braxton met to discuss how they could get the parcel prior to the carrier knocking on the door for delivery. The **CD** state he and Braxton could not come up with a plan at that time, but Braxton said he would figure something out. Furthermore, the **CD** stated Braxton was driving a white, four door sedan, and he and Braxton rode in that vehicle to scout out 2292 Laurelwood Drive the morning of the robbery.

20. After the robbery, the **CD** and Braxton met up to talk about the parcel. The **CD** stated Braxton said he had given the stolen parcel to one of his other friends. The **CD** state he never saw the parcel or heard what had happened to it after it was stolen.

Alan J. Wilkins
United States Postal Inspector

Subscribed and Sworn to before me this 31th day of July 2014.

Terence P. Kemp
U.S. MAGISTRATE JUDGE

6